**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| | § | |
| **SYNERGENX LEGACY HOLDINGS, LLC,** | § | **Case No. 26-90644** |
| *et al.,* [1] | § | |
| | § | **Joint Administration Requested** |
| DEBTORS. | § | |

**ORDER (I) EXTENDING TIME TO FILE SCHEDULES AND
STATEMENTS AND 2015.3 REPORTS; (II) MODIFYING THE REQUIREMENTS
OF LOCAL RULE 2015-3; AND (III) GRANTING RELATED RELIEF**

Upon the emergency motion (the "**Motion**") of SynergenX Legacy Holdings, LLC ("**SynergenX Legacy**") and certain of its subsidiaries, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, "**SynergenX**" or the "**Debtors**"), for entry of an order, (a) extending the deadline by which the Debtors must file their schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**") and initial reports of financial information with respect to entities in which their estates hold a controlling interest as set forth in Bankruptcy Rule 2015.3 (collectively, the "**2015.3 Reports**"), without prejudice to the Debtors' rights to seek further extensions of such deadline; (b) modifying the requirements of Local Rule 2015-3; and (c) granting related relief, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/SynergenX. The location of Debtor Synergenx Legacy Holdings, LLC is 16131 N. Eldridge Pwky, STE 100, Tomball, TX 77377.

having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon consideration of the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The time within which the Debtors must file their Schedules and Statements and 2015.3 Reports is extended through and including August 6, 2026 (the "**Extended Schedules and Statements Deadline**"), without prejudice to the Debtors' rights to seek a further extension of the Extended Schedules and Statements Deadline.

3.      The Debtors may obtain (a) further extensions to file their Schedules and Statements and 2015.3 Reports, respectively, or (b) modifications of the requirements of Bankruptcy Rule 2015.3 regarding the contents of the 2015.3 Reports, in each case, by agreement with the U.S. Trustee without the need for further order from this Court; provided that if the Debtors and the U.S. Trustee reach an agreement for such extension(s), the Debtors shall file a notice on the docket in these Chapter 11 Cases stating that the Debtors and the U.S. Trustee have reached an agreement and the date the extension lapses; provided, further, that if the Debtors and the U.S. Trustee reach an agreement to modify the requirements set forth in Bankruptcy Rule

2015.3 regarding the contents of the 2015.3 Reports, the Debtors shall not be required to file a notice on the docket regarding such agreement and shall be permitted to file the 2015.3 Reports on the docket in these Chapter 11 Cases on or before such agreed-upon deadline (as may be extended from time-to-time in accordance with this Order).  The Debtors further reserve their rights to file a motion with the Court seeking a modification of such reporting requirements for cause, without prejudice to the Debtors' right to seek additional extensions for cause.

4.      The Debtors' obligation to file the 2015.3 Reports every month in compliance with Local Rule 2015-3 is hereby modified to permit the Debtors to file the 2015.3 Reports every six months.

3.      All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | **Chapter 11** |
| | § | |
| **SYNERGENX LEGACY HOLDINGS, LLC,** | § | **Case No. 26-90644** |
| *et al.,* [1] | § | |
| | § | **Joint Administration Requested** |
| **DEBTORS.** | § | |

ORDER (I) EXTENDING TIME TO FILE SCHEDULES AND
STATEMENTS AND 2015.3 REPORTS; (II) MODIFYING THE REQUIREMENTS
OF LOCAL RULE 2015-3; AND (III) GRANTING RELATED RELIEF

Upon the emergency motion (the "**Motion**") of SynergenX Legacy Holdings, LLC

("**SynergenX Legacy**") and certain of its subsidiaries, as debtors and debtors in possession in

the above-captioned Chapter 11 Cases (collectively, "**SynergenX**" or the "**Debtors**"), for entry

of an order, (a) extending the deadline by which the Debtors must file their schedules of assets

and liabilities and statements of financial affairs (collectively, the "**Schedules and Statements**")

and initial reports of financial information with respect to entities in which their estates hold a

controlling interest as set forth in Bankruptcy Rule 2015.3 (collectively, the "**2015.3 Reports**"),

without prejudice to the Debtors' rights to seek further extensions of such deadline; (b)

modifying the requirements of Local Rule 2015-3; and (c) granting related relief, as more fully

set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief

requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the

requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that

venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/SynergenX. The location of Debtor Synergenx Legacy Holdings, LLC is 16131 N. Eldridge Pkwy, STE 100, Tomball, TX 77377.

notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and upon any hearing held on the Motion; and all objections, if any, to the relief requested in the Motion having been withdrawn, resolved, or overruled; and upon consideration of the First Day Declaration; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their respective estates, creditors, and all parties in interest; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The time within which the Debtors must file their Schedules and Statements and 2015.3 Reports is extended through and including August 6, 2026 (the "**Extended Schedules and Statements Deadline**"), without prejudice to the Debtors' rights to seek a further extension of the Extended Schedules and Statements Deadline.

~~3. The time within which the Debtors must file their 2015.3 Reports is extended by an additional forty-five days, without prejudice to the Debtors' rights to seek a further extension.~~

3.      ~~4.~~ The Debtors may obtain (a) further extensions to file their Schedules and Statements and 2015.3 Reports, respectively, or (b) modifications of the requirements of Bankruptcy Rule 2015.3 regarding the contents of the 2015.3 Reports, in each case, by agreement with the U.S. Trustee without the need for further order from this Court; provided that if the Debtors and the U.S. Trustee reach an agreement for such extension(s), the Debtors shall file a notice on the docket in these Chapter 11 Cases stating that the Debtors and the U.S. Trustee

have reached an agreement and the date the extension lapses; provided, further, that if the Debtors and the U.S. Trustee reach an agreement to modify the requirements set forth in Bankruptcy Rule 2015.3 regarding the contents of the 2015.3 Reports, the Debtors shall not be required to file a notice on the docket regarding such agreement and shall be permitted to file the 2015.3 Reports on the docket in these Chapter 11 Cases on or before such agreed-upon deadline (as may be extended from time-to-time in accordance with this Order).  The Debtors further reserve their rights to file a motion with the Court seeking a modification of such reporting requirements for cause, without prejudice to the Debtors' right to seek additional extensions for cause.

4.      5. The Debtors' obligation to file the 2015.3 Reports every month in compliance with Local Rule 2015-3 is hereby modified to permit the Debtors to file the 2015.3 Reports every six months.

3.      All time periods set forth in this order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4.      Notice of the Motion as provided therein is hereby deemed good and sufficient notice of such Motion, and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

5.      The Debtors are authorized to take all actions necessary or appropriate to carry out the relief granted in this Order.

5.      6. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

6.      7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

3

7.    8. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

4

| Summary report: Litera Compare for Word 11.16.0.74 Document comparison done on 7/6/2026 7:53:43 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** 9.1 - SGX - Proposed Order re Motion to Extend Time (SLB Final).docx | |
| **Modified filename:** 9.1 - SGX - Proposed Order re Motion to Extend Time (SLB 7.6).docx | |
| **Changes:** | |
| Add | 6 |
| Delete | 7 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 13 |