**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | **Chapter 11** |
| § | |
| **SYNERGENX LEGACY HOLDINGS, LLC,** § | **Case No. 26-90644** |
| *et al.*,[1] § | |
| § | **Jointly Administered** |
| **DEBTORS.** § | |

**NOTICE OF CANCELLATION OF HEARING**

PLEASE TAKE NOTICE that the hearing, scheduled for August 11, 2026 at 9:00 a.m. (prevailing Central Time), before the Honorable Judge Christopher M. Lopez, United States Bankruptcy Judge, has been canceled.

Respectfully submitted this 10th day of August, 2026.

| | |
|---|---|
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | |
| | By: */s/ Patricia B. Tomasco* |
| | Patricia B. Tomasco (TBN 01797600) |
| | Matthew R. Scheck (TBN 24124806) |
| | 700 Louisiana, Suite 3900 |
| | Houston, Texas 77002 |
| | Telephone: 713-221-7000 |
| | Email: pattytomasco@quinnemanuel.com |
| | Email: matthewscheck@quinnemanuel.com |
| | -and- |
| | Sascha N. Rand (pending *pro hac vice*) |
| | Alain Jaquet (pending *pro hac vice*) |
| | 295 5th Avenue |
| | New York, New York 10016 |
| | Telephone: 212-849-7000 |
| | Email: alainjaquet@quinnemanuel.com |
| | Email: sascharand@quinnemanuel.com |
| | |
| | ***Proposed Counsel to the Debtors*** |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/SynergenX. The location of Debtor SynergenX Legacy Holdings, LLC is 11445 Compaq Center Drive W., Ste 800, Houston, TX 77070.

## CERTIFICATE OF SERVICE

I, Patricia B. Tomasco, hereby certify that on the 10th day of August, 2026, a copy of the foregoing Notice was served via the Clerk of the Court through the ECF system to the parties registered to receive such service.

/s/ Patricia B. Tomasco
Patricia B. Tomasco

15209-00001/18543571.1